JS-6

**United States District Court**
**Central District of California**

JAMES RUTHERFORD,

    Plaintiff,

v.

CARL KARCHER ENTERPRISES LLC, et al.

    Defendants.

Case No. EDCV 20-01508-VAP (KKx)

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: December 11, 2020

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
United States District Judge